# DENIED
BY ORDER OF THE COURT

DATED: 12/06/2018
BY _____
Hon. Manuel L. Real
U.S. District Judge

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHERIE TOWNSEND, an individual; JALEN LAPREE HAMLER, an individual, <br><br> Plaintiffs, <br><br> V. <br><br> JIM MCDONNELL, an individual; CHRISTOPHER BERGNER, an individual; MARCELO QUINTERO, an individual; MICHAEL AUSTIN, an individual; LOS ANGELES COUNTY, a public entity; LOS ANGELES SHERIFF'S DEPARTMENT, a public entity; SUSAN BROOKS, an individual; THE CITY OF RANCHO PALOS VERDES, a public entity; BRITT HUFF, an individual; THE CITY OF ROLLING HILLS ESTATES, a public entity; and DOES 1-20, inclusive, <br><br> Defendants. | Case No. 2-18-cv-10011-R-MAAx <br> Hon. Manuel L. Real <br> Roybal Federal Building <br> Courtroom 880, 8th Floor <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR AN ORDER FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY AND ORDER FOR PRESERVATION OF DOCUMENTS AND EVIDENCE** <br><br> Action Filed: November 29, 2018 <br> Trial Date: Not yet set. |

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY AND ORDER FOR PRESERVATION OF DOCUMENTS AND EVIDENCE

The *Ex Parte* Application for an Order for leave to Conduct Expedited Discovery and Order for Preservation of Documents and Evidence ("*Ex Parte* Application") filed by Plaintiffs' Cherie Townsend and Jalen Lapree Hamler ("Plaintiffs") came on for hearing on an *ex parte* basis. Having duly considered the papers filed with regard to the *Ex Parte* Application and good cause appearing, this Court orders as follows:

IT IS HEREBY ORDERED that Defendants Jim McDonnell, Christopher Bergner, Michael Austin, Marcelo Quintero, (collectively "Defendants") are, within ten days, to:

1. Produce Defendants for deposition, including the Persons Most Knowledgeable for the County of Los Angeles and Los Angeles Sheriff's Department on dates to be determined with counsel; and

2. Plaintiffs have leave to take the depositions discussed above.

IT IS FURTHER ORDERED THAT:

3. Beginning on December 3, 2018, at 12:01 p.m., Sheriff Alex Villanueva and the Los Angeles Sheriff's Department will preserve all documents and evidence related in any way to this case, including witness interviews, forensic evidence, and audio and video tape recordings currently in its possession, and will produce all such documents and evidence within two days of Plaintiffs' written request and on or no later than ten days from the date of this Order.

**IT IS SO ORDERED.**

Dated: December ____, 2018             **DENIED**
                                       The Honorable Manuel L. Real
                                       United States District Court Judge

2

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY AND ORDER FOR PRESERVATION OF DOCUMENTS AND EVIDENCE