*Denied*
*No good cause is shown*

1-8-2019

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERIE TOWNSEND, an individual; JALEN LAPREE HAMLER, an individual, | Case No. 2-18-cv-10011-R-MAAx<br>Hon. Manuel L. Real<br>Roybal Federal Building<br>Courtroom 880, 8th Floor |
| Plaintiffs, | |
| V. | [~~PROPOSED~~] ORDER RE: JOINT STIPULATION REQUESTING EXTENSION OF TIME TO AMEND COMPLAINT BY 60 DAYS |
| JIM MCDONNELL, et al., | |
| Defendants. | Action Filed: November 29, 2018<br>Trial Date: Not yet set. |

## ORDER

**GOOD CAUSE APPEARING,** the Court hereby approves this Joint Stipulation by and between the parties and continues by 60 days the deadline to file an amended complaint as requested by the parties and indicated in the table below:

///

---

1

[~~PROPOSED~~] ORDER

| Matter | Current Date | Date Requested By Stipulation |
|---|---|---|
| Initial Complaint | November 29, 2018 | |
| First Amended Complaint (in light of current deadlines) | January 14, 2019 January 16, 2019 | February 18, 2019 |
| Defendants' Response to First Amended Complaint (in light of current deadlines) | December 24, 2018 December 26, 2018 | March 11, 2019 |

**IT IS SO ORDERED.**

Dated: January 8, 2019
~~Dated: December ___, 2018~~

**DENIED**

_____
The Honorable Manuel L. Real
United States District Court Judge